**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ORLIN GARCIA,                        ) NO. CV 11-7804-GHK (MAN)
                                     )
            Petitioner,              )
                                     )
     v.                              ) JUDGMENT
                                     )
LINDA SANDERS, WARDEN,               )
                                     )
            Respondent.              )
_____)
```

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED:   5/4/12   .

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　        GEORGE H. KING
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE